IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID WAYNE PLUMB, | Case No. 1:15-cv-01110-KI |
| Petitioner, | ORDER |
| v. | |
| JERI TAYLOR, | |
| Respondent. | |

**KING, Judge.**

Petitioner's Motion to Voluntarily Dismiss (ECF No. 23) is GRANTED. This proceeding is DISMISSED, without prejudice. A Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 10th day of June, 2016.

Garr M. King
United States District Judge

1 - ORDER